HPS-31 (March 2005)                                             March 11, 2005
**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**
C.A. No. **05-1135**

LARRIANTE SUMBRY

vs.

CECIL DAVIS
(D. DEL. CIV. NO. 04-CV-01299)



Present:     SCIRICA, CHIEF JUDGE, WEIS AND GARTH, CIRCUIT JUDGES

Submitted is appellant's notice of appeal, which may be construed as a request for a certificate of appealability under 28 U.S.C. § 2253(c)(1);

in the above-captioned case.

Respectfully,
Clerk

MMW/PML/zm/slc

_____ORDER_____

The foregoing request for a certificate of appealability is denied, as jurists of reason could not debate that the District Court lacked jurisdiction over Appellant's 28 U.S.C. § 2254 habeas petition. See 28 U.S.C. §§ 2241(a), 2254(a); Yi v. Maugans, 24 F.3d 500, 503 (3d Cir. 1994).

A True Copy:

By the Court,

Marcia M. Waldron,
Clerk

/s/ Joseph F. Weis, Jr.
Circuit Judge

Dated: April 6, 2005
SLC/cc: Mr. Larriante Sumbry, #965137
        DA Delaware