OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

_Delaware_ Clerk of District Court        Date _April 6, 2005_
    (District)

_Sumbry v. Davis_        C. of A. No. _05-1135_
    (Caption)

_Larriante Sumbry_
    (Appellant)

_04-cv-01299_
    (D.C. No.)

Enclosures:

__XX__ Certified copy of the Court's Order
    (Date)

* __XX__ Record returned

* _____ Supplemental Record (First) (Second) (Third)

* _____ Exhibits

* _____ State Court Record

_____ Copy of this form to acknowledge receipt and return to C. of A.

__XX__ Record not returned at this time until appeal(s) closed at No.(s) _05-1541_

_____ Please forward Record to this office.

_____ The certified copy of order issued as the mandate on _____
    is recalled.

            _Shannon L. Craven_        (267)-299-_4959_
                Deputy Clerk           Telephone Number

        * _____       (267)-299-_____
                Record Processor         Telephone Number

Receipt Acknowledge:
_E. L. Struckler_
    (Name) _4/8/05_
    (Date)
Rev. 3/13/00
Appeals (Record)

[RECEIVED APR - 8 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE]