## Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

August 3, 2005

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

      Re:  Larriante Sumbry
          v. Cecil K. Davis, Superintendent, Indiana State Prison
          No. 05-5616
          (Your No. 05-1135)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on July 27, 2005 and placed on the docket August 3, 2005 as No. 05-5616.

                Sincerely,

                **William K. Suter**, Clerk

                by

                Sandy Spagnolo
                Case Analyst